"Class Action Law Suit"

FILED
2022 SEP -2 PM 3:06
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

1:22-cv-0032

Anthony B. Hill
  vs.
state farm
tdci
at&t
state secretary of tn
coca cola
keiven j. smith
rachel smith
amazon
state of tn
epa
irs
hickman county register of deeds
davidson county court house
federal court house
fedex
ups
uspost office
mnpd
alteck
pepsi
federal government
federal reserve
ubs
news 2 nashville tn
news 5 sky 5
mental health coop
tmhi
burger king
lowes
home depo
ryder
wallstreet dow n jones NY
NES nashville tn
metro water
metro parks
nascar
carvana
DHS
auto zone
hilton hotel

millennium maxwell hotel
hotel preston
holiday inn
country inn suits
cambria hotel
comfort inns
the 121 hotel
aloft
alexis inn
hutton hotel
homewood suites
NCAA

anthony hill pro se plaintiff come here to the federal courts in re of 32 US registered pattens and portfolio of my grandfather in law which was stolen and hy jacked by state farms major scheme to plot a harvard fraud scheme. A major combine operation and there infinity group state farms infinty group used intensive force by blocking me in everyway and using there cars to bully me around last year Feb 13 2021 state farm cut the safe. stealing the domain and IP dress 2 parcels, from me and my wife that is still today the real owners of the realestate due to us being the last family members and also a last living will belonging to the Hill family. Me and China R. Hill were grandfatherd into the property at 3612 seqioa ct in hickman county tn where we lived at the time may 17 2020 where a house fire claimed the life of late and famously to be that of Garry Delano Holder are hero and grandfather. im claiming all defendants above to be involved in the scheme that was in still in vilation of masssive torts, family law, clayton act, indian act, 1990s act and way more to name. Im asking to have my case heard by a jury of my peers, and would like the courts to here my case. ive never filled into federal court and the said by the courts was dissmissed is not relavant to my case due to this now being a class action lawsuit, claming bad faith on state farm and hughs swindoll the adjuster at SF HQ in bloomington, IL along with reckless and dangrously acting in gross and crule act of having the enfinty group help the fraud on blookig us from thr roylitys and dividens that are still today owed by state farm to me and my late wife china Hill. come now i rest my case on say in my last discovery on the burden of proof of footprints and the cut out safe shows the proof i need to make my case agaist state farm for vilation of the unfair compitetion law. Also my super power knowledge of the harvard law and fraud scheme done on me and my wifes property and the facts and 1000s of hours of the knowledge gives me advantage of proven my case 'just by testimoney' as i pro se Anthony Hill state above this statement is 100 % truth and would like fair settlement!!!

Respectfully, Anthony B. Hill

Aug 2nd 2022    *Anthony B. Hill* (signature)

100 Billon Dollar LAW Suit for the hyjacking and sqatting.

Mailing dress
705 Drexel St.
Nashville, TN
37203