UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY B. HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-00032 ) ) JUDGE RICHARDSON |
| STATE FARM, et al., | ) ) |
| Defendants. | ) |

# ORDER

Plaintiff Anthony B. Hill filed a Complaint against fifty-two corporate and governmental entities (Doc. No. 1), accompanied by an illegible and incomplete in forma pauperis application (Doc. No. 2). The Court denied the application without prejudice and ordered Plaintiff to either pay the civil filing fee or "submit a legible, amended application containing complete answers to all questions." (Doc. No. 6.) In addition, the Court ordered Plaintiff to submit an Amended Complaint that complies with Federal Rule of Civil Procedure 8 by "specif[ying] Plaintiff's claims and includ[ing] factual allegations sufficient to demonstrate a plausible, non-speculative right to right to relief." *Id*. The Court directed that this action was subject to dismissal if Plaintiff failed to comply or request an extension within thirty days. *Id*. Plaintiff, however, has not responded in any way by the deadline. Because Plaintiff has not paid the filing fee, this suit may not proceed on the merits in federal court. 28 U.S.C. § 1914. In addition, this action is subject to dismissal for want of prosecution. *See* Fed. R. Civ. P. 41(b); *Carpenter v. City of Flint*, 723 F.3d

700, 704 (6th Cir. 2013); *Link v. Wabash R.R.*, 370 U.S. 626, 630 (1962). Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

*Eli Richardson*

ELI RICHARDSON
UNITED STATES DISTRICT JUDGE